DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TRAVIS K. MARTIN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-2846

[February 22, 2024]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Hon. Bernard Isaac Bober, Judge; L.T. Case No. 99-1928CF10A.

Travis K. Martin, Crestview, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, LEVINE and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***